IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:11-CR-30029-SMY-3 |
| JOHN QUINN MCKINNEY, | ) ) ) |
| Defendant, | ) ) |
| ================================= | ) ) |
| KEELEY AND SONS, INC., | ) ) |
| Garnishee. | ) |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 8, 2025, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

On April 10, 2025, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 10% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS HEREBY ORDERED**

**DATED:**   May 30, 2025

_____
**STACI M. YANDLE**
**United States District Judge**